## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:08CR358 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| KENNETH S. JONES, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant Kenneth S. Jones' Motion to Review Detention (#61). Defendant is currently under an Order of Detention on a Petition for Warrant for Offender Under Supervision (#52). The defendant requests release to reside with his mother. On July 10, 2015, the district's probation office conducted a home inspection as well as a records check of the defendant's mother. The records check revealed the mother has two active bench warrants (Sarpy County and Madison County). Additionally, a further review of the Petition for Warrant for Offender Under Supervision shows in allegation No. 1, that on June 24, 2015, the defendant allegedly approached two individuals at the Westroads Mall and stated, "I am going to kill you." The petition further alleges the defendant followed the individuals while continuing to argue with them and that he later entered a white vehicle and drove it in their direction.

Based on the above, I find the defendant is a danger and that no single condition of release or combination of conditions of release will mitigate my concerns as to danger.

**IT IS ORDERED:** The defendant's Motion to Review Detention (#61) is denied without hearing.

Dated this 13th day of July 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge