IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:08CR358 |
| vs. | ORDER |
| KENNETH S. JONES, | |
| Defendant. | |

Defendant Kenneth S. Jones appeared before the court on Friday, April 7, 2017 on a Petition for Warrant for Offender Under Supervision [105]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney John E. Higgins. Upon the government's oral motion for detention, the defendant requested a combined Preliminary and Detention Hearing.

A combined Preliminary and Detention Hearing was held on April 17, 2017. Assistant Federal Public Defender Karen M. Shanahan represented the defendant. I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp. Additionally, since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is not a danger, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 18, 2017 at 1:00 p.m. Defendant must be present in person.

2. The defendant, Kenneth S. Jones, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 18th day of April, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge